RALPH A. GUIRGIS, State Bar No. 143262
ralph.guirgis@clydeco.us
ELIOT L. CARTWRIGHT, State Bar No. 284459
eliot.cartwright@clydeco.us
MINGMEI ZHU, State Bar No. 324616
anna.zhu@clydeco.us
CLYDE & CO US LLP
2020 Main Street, Suite 1100
Irvine, California 92614
Telephone: (949) 852-8200
Facsimile:  (949) 567-7850

LATISHA V. THOMPSON, admitted *pro hac vice*
lthompson@morrisoncohen.com
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
Telephone: (212) 735-8600

Attorneys for Defendants
GOLI NUTRITION, INC. a CANADIAN CORPORATION, GOLI NUTRITION INC., a DELAWARE CORPORATION, DEEPAK AGARWAL, MICHAEL BITENSKY, and RANDY BITENSKY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODELYA HOFFMAN; RGL MANAGEMENT LLC, A LIMITED LIABILITY COMPANY; RGL HOLDINGS LLC, A LIMITED LIABILITY COMPANY; AND VITAMIN FRIENDS LLC, A LIMITED LIABILITY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>GOLI NUTRITION, INC., (A CANADIAN CORPORATION); GOLI NUTRITION INC, (A DELAWARE CORPORATION); 12416913 CANADA INC.; DEEPAK AGARWAL; MICHAEL BITENSKY; RANDY BITENSKY; VMG PARTNERS; VMG PARTNERS IV, LP; VMG PARTNERS MENTORS CIRCLE IV L.P.; WAYNE WU; | Case No. 2:23-cv-06597<br>[Assigned to U.S.D.J. Christina A. Snyder and U.S.M.J. Maria A. Audero]<br><br>**NOTICE OF SUGGESTION OF BANKRUPTCY**<br><br>Initial Complaint filed: August 11, 2023 |

37834270

1

NOTICE OF SUGGESTION OF BANKRUPTCY

CLYDE & CO US LLP
2020 Main Street, Suite 1100
Irvine, California 92614
Telephone: (949) 852-8200

1  JONATHAN MARSHALL; MERICAL
2  INC.; AND ROGER TYRE,
3                  Defendants.

4       **PLEASE TAKE NOTICE** that, on March 18, 2024, Deloitte Restructuring Inc., in its capacity as the court-appointed monitor and duly authorized foreign representative (in such capacity, the "Petitioner"), as defined by Section 101(24) of Title 11 of the United States Code (the "Bankruptcy Code"), of Goli Nutrition Inc., a company incorporated in Québec, Canada ("Goli Canada") and Goli Nutrition Inc., a company incorporated in Delaware ("Goli US," and together with Goli Canada, the "Debtors") filed a voluntary Chapter 15 Petition for Recognition of a Foreign Proceeding for each Debtor in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Debtors' Chapter 15 bankruptcy cases (collectively, the Chapter 15 Case") are pending before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, in the Bankruptcy Court, Bankr. D. Del. Case Nos. 24-10438-LSS and 24-10439-LSS.[1]

**PLEASE TAKE FURTHER NOTICE** that the Debtors, Goli Canada and Goli US, as well as their current/former officers and/or employees, Deepak Agarwal, Michael Bitensky, and Randy Bitensky, are named as defendants in the instant action.

**PLEASE TAKE FURTHER NOTICE** that, on March 22, 2024, the Bankruptcy Court entered an order (ECF No. 31) (the "Order") providing, in pertinent part, that "[w]hile this Order is in effect, the Petitioner, the Debtors, and the Debtors' property are entitled to the full protections and rights pursuant to section 1519(a)(l) of the Bankruptcy Code, which protections shall be coextensive with the provisions of sections 362 and 365(e) of the Bankruptcy Code, and this Order shall operate to stay, without limitation, any collection, enforcement efforts, or other actions of

---

[1] These two cases are being jointly administered for procedural purposes in the case bearing caption, *In re: Goli Nutrition Inc., et al.*, Bankr. D. Del. Case No. 24-10438-LSS.

37834270

2

NOTICE OF SUGGESTION OF BANKRUPTCY

creditors, lessors, and any other parties against the Debtors and their property in the United States." Order, pp. 4-5. A true and correct copy of the Order is annexed hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order: "[a]ll entities (as that term is defined in section 101(15) of the Bankruptcy Code), other than the Petitioner and its authorized representatives and agents, are hereby enjoined from, without limitation: (a) enforcing any rights or obligations or otherwise executing against any of the Debtors' assets or other properties; (b) commencing or continuing, including the issuance or employment of process, of a judicial, administrative, arbitral, or other action or proceeding, or to recover a claim, including without limitation any and all unpaid judgments, settlements, or otherwise against the Debtors in the United States; (c) taking or continuing any act to create, perfect, or enforce a lien or other security interest, set-off, or other claim against the Debtors or any of their property; (d) transferring, relinquishing, or disposing of any property of the Debtors to any entity (as that term is defined in section 101(15) of the Bankruptcy Code) other than the Petitioner; (e) enforcing, commencing, or continuing an individual action or proceeding concerning the Debtors' assets, rights, obligations, or liabilities; and (f) terminating any agreements, leases, contracts, or understandings, or otherwise enforcing rights, accelerating obligations, or exercising remedies of any kind in respect thereof." Order, p. 5.

**PLEASE TAKE FURTHER NOTICE** that, to date, no order has been entered in the Chapter 15 Case granting relief from the Order.

**PLEASE TAKE FURTHER NOTICE** that, the foreign proceedings out of which the Chapter 15 Case arise were filed by the Debtors in Canada pursuant to the Companies' Creditors Arrangement Act, R.S.C. 1985, C-36, and are currently pending before the Superior Court (Commercial Division), Province of Quebec, District of Montreal ("the Canadian Court"), Case No. 500-11-063787-242. The Canadian Court has issued a stay of all proceedings or enforcement processes in any

court or tribunal against the Debtors and their property as well as their directors, officers, employees, and legal counsel, as follows:

> **Orders** that no Person [defined to include, among others, natural persons, corporations, and any other entity] shall commence, proceed with or enforce any Proceedings [defined as any "proceeding or enforcement process in any court or tribunal] against any of the Directors [defined to include, among others, "any former, present or future director or officer" of the Debtors] employees, legal counsel, or financial advisors of the Applicants [the Debtors] or of the Monitor in relation to the Business [the Debtors' "business operations and activities"] or Property [the Debtors' "present and future assets, rights, undertakings and properties of every nature and kind whatsoever, and wherever situated, including all proceeds thereof"] of the Applicants, without first obtaining leave of this Court, upon ten (10) days' written notice to the Applicants and the Monitor, and to all those referred to in this paragraph whom it is proposed be named in such Proceedings.

Amended and Restated Initial Order, dated March 27, 2024 ("Amended Order In The Canadian Proceeding"), p. 3, ¶15 (definition of "Proceedings"); p. 4, ¶¶15 ("Business"), 17 ("Directors") (emphasis added), 18 ("Property"), and 19 ("Person"); and p. 14, ¶55 (quotation).  A true and correct copy of the Amended Order In The Canadian Proceeding is annexed hereto as **Exhibit B**.  Additionally, for the Court's reference, true and correct copies of the Canadian Court's First Initial Order, dated March 18, 2024, and Judgment On Application For The Issuance Of A First Day

/ / /

/ / /

/ / /

Initial Order, An Amended And Restated Initial Order And Other Relief, Including The Approval Of A Transaction And Agency Agreement, dated March 18, 2024, are annexed hereto as **Exhibits C and D**, respectively.

Respectfully submitted,

Dated: March 29, 2024        CLYDE & CO US LLP

By: */s/ Eliot L. Cartwright*
Ralph S. Guirgis
Eliot L. Cartwright
Mingmei Zhu
Attorneys for Defendants
GOLI NUTRITION, INC., a CANADIAN CORPORATION, GOLI NUTRITION INC., a DELAWARE CORPORATION, DEEPAK AGARWAL, MICHAEL BITENSKY, and RANDY BITENSKY

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2020 Main Street, Suite 1100, Irvine, CA 92614.

On March 29, 2024, I served true copies of the following document(s) described as **NOTICE OF SUGGESTION OF BANKRUPTCY** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 29, 2024, at Irvine, California.

_____
Conchita Nickles

# SERVICE LIST

| | |
|---|---|
| Leonard M. Shulman<br>Ryan Daniel O'Dea<br>Shulman Bastian Friedman & Bui LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618 | *Attorneys for Plaintiffs*<br><br>Telephone: (949) 340-3400<br>Email: lshulman@shbllp.com<br>Email: lshulman@shulmanbastian.com<br>Email: rodea@shulmanbastian.com |
| Max Folkenflik (*pro hac vice*)<br>Folkenflik & McGerity<br>1500 Broadway, Suite 810<br>New York, NY 10036 | *Attorneys for Plaintiffs*<br><br>Telephone: (212) 757-0400<br>Email: mfolkenflik@fmlaw.net |
| Jonas Noah Hagey<br>BraunHagey & Borden LLP<br>351 California Street, 10th Floor<br>San Francisco, CA 94104 | *Attorneys for Defendants*<br>*VMG PARTNERS, VMG PARTNERS IV, LP, VMG PARTNERS MENTORS CIRCLE IV L.P., WAYNE WU, and JONATHAN MARSHALL*<br><br>Telephone: (415) 599-0210<br>Facsimile: (415) 276-1808<br>Email: hagey@braunhagey.com |
| Garrett M. Biedermann (admitted *pro hac vice*)<br>BraunHagey & Borden LLP<br>118 W. 22nd Street, 12th Floor<br>New York, NY 10011 | *Attorneys for Defendants*<br>*VMG PARTNERS, VMG PARTNERS IV, LP, VMG PARTNERS MENTORS CIRCLE IV L.P., WAYNE WU, and JONATHAN MARSHALL*<br><br>Telephone: (646) 829-9403<br>Facsimile: (646) 403-4089<br>Email: biedermann@braunhagey.com |
| Sean Eskovitz<br>Eskovitz Law LLP<br>1217 Wilshire Boulevard, #3686<br>Santa Monica, CA 90403 | *Attorneys for Defendants*<br>*VMG PARTNERS, VMG PARTNERS IV, LP, VMG PARTNERS MENTORS CIRCLE IV L.P., WAYNE WU, and JONATHAN MARSHALL* |

37834270

7

NOTICE OF SUGGESTION OF BANKRUPTCY

| | Telephone: (323) 821-5836<br>Email: seane@eskovitz.com |
|---|---|
| Justin M. Goldstein<br>William Henry Dance<br>Sklar Kirsh LLP<br>1880 Century Park East, Suite 300<br>Los Angeles, CA 90067 | *Attorneys for Defendants*<br>*MERICAL, INC. and ROGER TYRE*<br><br>Telephone: (310) 845-6416<br>Facsimile: (310) 929-4469<br>Email: jgoldstein@sklarkirsh.com<br>Email: wdance@sklarkirsh.com |
| Philip J. O'Beirne (admitted *pro hac vice*)<br>Jacqueline Lau (admitted *pro hac vice*)<br>Moshe Y. Gugenheim (admitted *pro hac vice*)<br>Stein Mitchell Beato & Missner LLP<br>2000 K St. NW, Suite 600<br>Washington, DC 20006 | *Attorneys for Defendant*<br>*MERICAL, INC. and ROGER TYRE*<br><br>Telephone: (202) 737-7777<br>Facsimile: (202) 296-8312<br>Email: pobeirne@steinmitchell.com<br>Email: jlau@steinmitchell.com<br>Email: ygugenheim@steinmitchell.com |

37834270

8

NOTICE OF SUGGESTION OF BANKRUPTCY