UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:23cv06597 CAS (MAAx)                             Date: April 29, 2024

Title  *SHARON HOFFMAN; ET AL. v. GOLI NUTRITION, INC.; ET AL.*

Present: The Honorable:   CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS) – NOTICE OF SUGGESTION OF BANKRUPTCY (Filed March 29, 2024) [86]

JOINT STATUS REPORT (Filed April 22, 2024) [92]

THE COURT is in receipt of the Notice of Suggestion of Bankruptcy [86] and the Joint Status Report [92], notifying that Goli Nutrition, Inc. (a Canadian Corporation) and Goli Nutrition, Inc. (a Delaware Corporations), hereinafter referred to as the "Goli defendants." At a hearing held on April 29, 2024, the Court discussed the above-referenced submissions, which notified the Court of the Goli defendants Chapter 15 Bankruptcy Petition filed on March 18, 2024;

IT IS HEREBY ORDERED that this action is stayed as to the Goli defendants only.

IT IS FURTHER ORDERED that counsel for plaintiff shall file a quarterly status report re: Goli defendants' Bankruptcy commencing July 29, 2024.

IT IS SO ORDERED.

00:00
**Initials of Preparer**   CMJ