J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
**BRAUNHAGEY & BORDEN LLP**
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

Sean Eskovitz, Esq.
seane@eskovitz.com
**ESKOVITZ LAW LLP**
1217 Wilshire Blvd #3686
Santa Monica, CA 90403
Telephone: (323) 821-5836

Jonathan Kortmansky, Esq. (*pro hac vice*)
kortmansky@braunhagey.com
Garrett Biedermann, Esq. (*pro hac vice*)
biedermann@braunhagey.com
**BRAUNHAGEY & BORDEN LLP**
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403
Facsimile: (646) 829-9403

*Attorneys For the VMG Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODELYA HOFFMAN, RGL MANAGEMENT LLC, RGL HOLDINGS LLC, and VITAMIN FRIENDS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GOLI NUTRITION, INC. (A CANADIAN CORPORATION) GOLI NUTRITION INC. (A DELAWARE CORPORATION), 12416913 CANADA INC., DEEPAK AGARWAL, MICHAEL BITENSKY, RANDY BITENSKY, VMG PARTNERS, VMG PARTNERS IV, LP, VMG PARTNERS MENTORS CIRCLE IV L.P., WAYNE WU, JONATHAN MARSHALL, MERICAL INC., AND ROGER TYRE,<br><br>Defendants. | Case No. 2:23-cv-06597-CAS-MAA<br><br>**DECLARATION OF JONATHAN MARSHALL IN SUPPORT OF VMG'S MOTION TO DISMISS**<br><br>Date: July 8, 2024<br>Time: 10:00 am<br>Ctrm: 8D<br>Judge: Hon. Christina A. Snyder<br><br>Compl. Filed: 08/11/2023 |

Case No. 2:23-cv-06597-CAS-MAA
DECLARATION OF JONATHAN MARSHALL

I, Jonathan Marshall, declare:

1. I am a partner at VMG Partners II, LLC, which is an affiliate of Defendants VMG Partners IV, LP, and VMG Partners Mentors Circle IV, L.P.

2. I am unaware of any entity named "VMG Partners." To my knowledge, no entity by that name exists.

3. A substantial number of our investment funds have the phrase "VMG Partners" at the beginning of their names, including two of the funds that are defendants in this case and an additional fund Plaintiffs' counsel previously sued on behalf of Better Nutritionals, LLC. Without additional specificity, I am unable to determine which additional entity Plaintiffs intend to sue in this case, particularly because I am unaware of any business relationship any VMG-related entity has had with any of the plaintiffs in this case.

I reserve the right to supplement or amend this declaration should additional facts come to my knowledge. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on:

May 2, 2024

_____
Jonathan Marshall

1  Case No. 2:23-cv-06597-CAS-MAA
DECLARATION OF JONATHAN MARSHALL