1 | **CLYDE & CO US LLP**
Alison Beanum (State Bar No. 221968)
2 | Douglas J. Collodel (State Bar No. 112797)
355 South Grand Avenue, Suite 1400
3 | Los Angeles, California 90071
Telephone:  213.358.7600
4 | Facsimile:  213.358.7650
E-Mail:  alison.beanum@clydeco.us
5 | douglas.collodel@clydeco.us

6 | **MORRISON COHEN LLP**
Latisha V. Thompson (*pro hac vice*)
7 | 909 Third Avenue
New York, NY 10022
8 | Telephone:  212.735.8600
E-Mail:  lthompson@morrisoncohen.com
9 |

10 | *Attorneys for Defendants GOLI NUTRITION INC. (a CANADIAN CORPORATION) N/K/A 15938759 CANADA INC. ("RESIDUAL CO."), GOLI*
11 | *NUTRITION, INC., (a DELAWARE CORPORATION) N/K/A COPPER PULSE INC., DEEPAK AGARWAL, MICHAEL BITENSKY and RANDY BITENSKY*

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODELYA HOFFMAN; RGL MANAGEMENT LLC, A LIMITED LIABILITY COMPANY; RGL HOLDINGS LLC, A LIMITED LIABILITY COMPANY; AND VITAMIN FRIENDS LLC, A LIMITED LIABILITY COMPANY., <br><br> Plaintiffs, <br><br> v. <br><br> GOLI NUTRITION, INC., (A CANADIAN CORPORATION); GOLI NUTRITION INC, (A DELAWARE CORPORATION); 12416913 CANADA INC.; DEEPAK AGARWAL; MICHAEL BITENSKY; VMG PARTNERS; VMG PARTNERS IV, LP; VMG PARTNERS MENTORS CIRCLE IV L.P.; AND | No. 2:23-cv-06597-CAS-MAA <br><br> **STATUS REPORT** <br> **BANKRUPTCY PROCEEDINGS** |

#13547187v1\030098\0007

|   |   |
|---|---|
| 1 | MERICAL INC., |
| 2 | Defendants. |

Defendants Goli Nutrition Inc. (a Canadian Corporation) n/k/a 15938759 Canada Inc. ("Residual Co."), and Goli Nutrition, Inc. (a Delaware Corporation) n/k/a Copper Pulse Inc. ("Copper Pulse," and together with "Residual Co.," "Goli Corporate Defendants"), through their undersigned counsel, respectfully submit this Status Report regarding the Goli Corporate Defendants' bankruptcy proceedings.[1]

On March 18, 2024, the Goli Corporate Defendants filed a voluntary Chapter 15 Petition for Recognition of a Foreign Proceeding (the "Chapter 15 Case") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The foreign proceedings out of which the Chapter 15 Case arose were filed by the Goli Corporate Defendants in Canada pursuant to the Companies' Creditors Arrangement Act, R.S.C. 1985, C-36 before the Superior Court (the "Canadian Proceedings"), sitting in the Commercial Division for the district of Montreal (the "Canadian Court"). On March 18 and March 27, 2024, the Canadian Court issued stays of proceedings or enforcement processes against the Goli Corporate Defendants and their property. A similar stay was entered in the Chapter 15 Case on March 22, 2024. Thereafter, this Court entered an order staying this action as to the Goli Corporate Defendants only. [ECF No. 96].

On April 9, 2024, the Canadian Court entered a Rectified Approval and Reverse Vesting Order (the "RVO") which was adopted in full by order of the Bankruptcy Court, dated April 22, 2024. [Chapter 15 Case ECF No. 88].

---

[1] Although this Court ordered counsel for Plaintiffs to file quarterly status reports concerning the Goli Corporate Defendants' bankruptcy proceedings commencing July 29, 2024, Plaintiffs' counsel failed to do so. Accordingly, counsel for the Goli Corporate Defendants submit the instant status report.

- 2 -

Pursuant to the RVO, 100% of the equity interest in Goli Nutrition Inc. (Canada), was sold to a purchaser free of liabilities, including the claims asserted by Plaintiffs in this action. As part of the process authorized by the RVO, certain excluded assets, contracts and liabilities were vested in Residual Co., which became the holder of those certain excluded assets, contracts and liabilities.

Following the closing of the RVO transaction, on April 29, 2024, the Delaware Court entered an Order (i) closing the Chapter 15 Case of Goli Nutrition Inc. (Canada) n/k/a Residual Co.; and (ii) ordering that that the Chapter 15 Case of Goli Nutrition, Inc., (a Delaware Corporation) n/k/a Copper Pulse proceed as "In re Copper Pulse Inc.," under Case No. 24-10439 (LSS). Copper Pulse's Chapter 15 Case was subsequently closed on June 14, 2024.

On November 18, 2024, Copper Pulse filed for bankruptcy protection in the District of Quebec, Montreal Division, Canada. *See In re Copper Pulse Inc.,* Court No. 41-3157261  Similarly, on November 22, 2024, Residual Co. filed for bankruptcy protection in the District of Quebec, Montreal Division, Canada. *See In re. 15938759 Canada Inc.*, Court No. 41-3157261.  Both Copper Pulse and Residual Co.'s bankruptcy cases remain pending.

Dated: February 4, 2025                    Respectfully submitted,

**MORRISON COHEN LLP**

By: */s/ Latisha V. Thompson*
Latisha V. Thompson (*pro hac vice*)
909 Third Avenue
New York, NY 10022
Telephone:  212.735.8773
Facsimile:  212.735.8708
E-Mail: lthompson@morrisoncohen.com

#13547187v1\030098\0007