Max Folkenflik
**Folkenflik & McGerity LLP**
1500 Broadway, Suite 810
New York, NY 10036
Telephone: (212)757-0400
Email mfolkenflik@fmlaw.net
Attorneys for the Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON AND ODELYA HOFFMAN, RGL MANAGEMENT LLC, RGL HOLDINGS LLC AND VITAMIN FRIENDS LLC, each of the foregoing entities is a Limited Liability Company,<br><br>*Plaintiffs*,<br><br>vs.<br><br>GOLI NUTRITION, INC. (A CANADIAN CORPORATION) GOLI NUTRITION INC. (A DELAWARE CORPORATION), 12416913 CANADA INC., DEEPAK AGARWAL, MICHAEL BITENSKY, VMG PARTNERS, VMG PARTNERS IV, LP, VMG PARTNERS MENTORS CIRCLE IV L.P., MERICAL INC., AND DLA PIPER LLP (US).<br><br>*Defendants*. | Case No.: 2:23-cv-06597<br><br>**DECLARATION OF MAX FOLKENFLIK IN OPPOSITION TO THE MOTIONS TO REQUIRE SUBSTITUTION OF LOCAL COUNSEL BY A DATE CERTAIN.**<br><br>Date: April 21, 2025<br>Time: 10:00 am<br>Courtroom: 8D<br>Judge: Hon. Christina A. Snyder |

Max Folkenflik declares the following to be true under penalties of perjury:

1. I am a member of the firm of Folkenflik & McGerity LLP ("F&M"), counsel for Plaintiffs. I make this Declaration In Opposition to the Motions by Deepak Agarwal, ("Agarwal"), Michael Bitensky ("Mr. Bitensky"), and Randy Bitensky ("Ms. Bitensky") (collectively, "the Individual Goli Defendants"), joined by VMG Partners, VMG Partners IV, LP, and VMG Partners Mentors Circle IV L.P., (collectively the "VMG Defendants" and together with the Individual Goli Defendants, the "Moving Defendants"), to require a date by which a new local counsel will be substituted in for the current local counsel David Richard Haberbush. Having failed in their motions to dismiss, the Moving Defendants are hoping to obtain dismissal of this action through the back door of removing the existing local counsel.

2. As explained more fully in our accompanying Memorandum of Points and Authorities, this Motion is really an out of time and also otherwise improper motion to reargue this Court's February 5 Order (Docket No. 223). That Order retained Mr. Haberbush as local counsel for Plaintiffs until a new local counsel is substituted.

3. But even were the Moving Defendants' Motions not procedurally improper, the Court should reject this back door attack on Plaintiffs' claims as completey fabricated. The VMG Defendants actually caused Mr. Haberbush to seek to withdraw by sending him a threatening and legally baseless letter claiming he could be sued for Rule 11 sanctions **on pleadings he did not sign,** based on his status. A copy of that letter is submitted herewith as Exhibit A. Mr. Haberbush's letter to me informing me that he intended to withdraw because of that threat is annexed as Exhibit B.

4. The Declaration of Douglas J. Collodel filed in support of the Motion by the Individual Goli Defendants' Motion is, to say the least, not being candid with the Court. Mr. Collodel is himself local counsel. Mr. Collodel has no need to consult

1

with my local counsel, and as far as I can recall he never did so in the past. On matters where Mr. Collodel has personally been in communications with Plaintiffs' counsel, he communicated with me, as lead counsel, and not with my local counsel.

5. In fact, communications between counsel on this case have almost entirely been between me as Plaintiffs' lead counsel and Latisha Thompson of Morrison Cohen, LLP, a firm that I was a founding partner of. My communication with Ms. Thompson has been by telephone and email. If there is a need for an in person meeting, Morrison Cohen, like me, is located in New York in the same offices they had when I was a partner there. I certainly can easily meet Ms. Thompson at her office.

Executed in New York, New York on April 7, 2025

_____
Max Folkenflik