

Max Folkenflik <max@fmlaw.net>

## Representation in District Court and State Court Cases
1 message

**Lane Bogard** <lbogard@lbinsolvency.com>  Fri, Jan 3, 2025 at 9:37 AM
To: Sharon Hoffman <usharon@yahoo.com>, "max@fmlaw.net" <max@fmlaw.net>
Cc: David Haberbush <dhaberbush@lbinsolvency.com>

Sharon and Max,

As you know, my office agreed to represent Sharon in the District Court cases as local counsel. Local counsel typically does not get too heavily involved in the case. We recently received the attached Rule 11 letter threatening sanctions. Due to the allegations in the letter, continued representation of Sharon will involve much more than originally anticipated. Due to this and the lack of payment, we cannot continue to serve as local counsel in the District Court cases nor as lead counsel in the State Court case for breach of lease guarantees. Therefore, we will be filing a motion to withdraw next week (next Thursday). Please find new local counsel as soon as possible. If you have questions, please give David a call.

Thank you.

**Lane K. Bogard, Esq.**

**HABERBUSH, LLP**

**444 West Ocean Boulevard, Suite 1400**

Long Beach, CA 90802

Telephone No. (562) 435-3456

Facsimile No. (562) 435-6335

**http://www.lbinsolvency.com**

This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential, and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender at (562) 435-3456 immediately by telephone or by return e-mail and delete this message, along with any and all attachments, from your computer. Further this message, and all attachments, are or may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510, et seq.

📄 **2024-12-20 - JNH Ltr to Haberbush.pdf**
21345K