UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | 2:23cv06597 CAS (MAAx)  Date: June 17, 2025 |
| Title | *SHARON HOFFMAN; ET AL. v. GOLI NUTRITION, INC.; ET AL.* |

Present: The Honorable:   CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) – ORDER TO SHOW CAUSE

  **IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **July 9, 2025**, why this action should not be dismissed for lack of prosecution as to **defendants 12416913 CANADA, INC.; and ROGER TYRE, only.** In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

  Plaintiff is advised that the Court will consider a proof of service of summons and second amended complaint on **defendants 12416913 CANADA, INC.; and ROGER TYRE** on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |