UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | 2:23-cv-06597-CAS-MAAx | Date | October 28, 2025 |
|---|---|---|---|
| Title | Sharon Hoffman et al. v. Goli Nutrition, Inc. et al. | | |

Present: The Honorable **CHRISTINA A. SNYDER**

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
Not Present

Attorneys Present for Defendants:  
Not Present

**Proceedings:** (IN CHAMBERS) PLAINTIFFS' REQUEST TO FILE A THIRD AMENDED COMPLAINT (Dkt. 309, filed on October 24, 2025)

The Court is in receipt of plaintiffs' request to file their Third Amended Complaint ("TAC") in a "supplementary" form that was attached as an exhibit in plaintiffs' August 5, 2025 motion for leave to amend. Dkt. 309.

The Court declines to accept the supplement that plaintiffs propose and **ORDERS** plaintiffs to file a TAC consistent with the Court's grant of leave to amend. Dkt. 290. Plaintiffs shall file a TAC on or before October 31, 2025. Any failure by plaintiffs to file a TAC in the time provided herein will result in the Court's denying leave and striking any such late-filed amended complaint.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |