UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**        **'O'**

| Case No. | 2:23-cv-06597-CAS(MAAx) | Date | April 13, 2026 |
|---|---|---|---|
| Title | Sharon Hoffman et al. v. Goli Nutrition, Inc. et al. | | |

Present: The Honorable    CHRISTINA A. SNYDER

| Catherine Jeang | Robin Herrera | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:
Max Folkenflik
Alon Israely
David Kenner

Attorneys Present for Defendants:
Daniel Nowicki
Douglas Collodel
Melissa Ginsberg
Garrett Biedermann
Philip O'Beirne
Stephen Biggs

**Proceedings:**    ZOOM HEARING RE: JUDGMENT DEFENDANTS' NOTICE OF MOTION AND MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ENTRY OF JUDGMENT PURSUANT TO RULE 54(B) (Dkt. 407, filed on March 6, 2026)

VMG'S MOTION FOR ATTORNEY'S FEES UNDER 18 U.S.C. § 1836(B)(3)(D) AND RENEWED MOTION FOR RELIEF UNDER RULE 11 AND 28 U.S.C. § 1927 (Dkt. 410, filed on March 6, 2026)

MERICAL, LLC'S MOTION FOR ATTORNEY'S FEES UNDER 18 U.S.C. § 1836(B)(3)(D) (Dkt. 413, filed on March 6, 2026)

The background of this case is known to the parties and described in the Court's January 2, 2026 order. Dkt. 362.

On November 14, 2025, the VMG parties[1] filed a motion to dismiss plaintiffs' first, second, third, fourth, and seventh claims in plaintiffs' Third Amended Complaint

---

[1] The "VMG parties" refers to VMG Partners IV, L.P., VMG Partners Mentors Circle IV, L.P., VMG Partners II, LLC, Wayne Wu, and Jonathan Marshall.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**          **'O'**

| Case No. | 2:23-cv-06597-CAS(MAAx) | Date | April 13, 2026 |
|---|---|---|---|
| Title | Sharon Hoffman et al. v. Goli Nutrition, Inc. et al. | | |

("TAC"). Dkt. 316. On November 17, 2025, defendant Roger Tyre ("Tyre") moved to join portions of the VMG parties' motion to dismiss plaintiffs' TAC. Dkt. 318.

On November 24, 2025, the VMG parties filed a motion for summary judgment as to plaintiffs' DTSA claim against them. Dkt. 326. On November 26, 2025, Meri Cal filed a notice of joinder in the VMG parties' motion for summary judgment. Dkt. 329

On January 2, 2026, the Court granted the VMG parties' motion for summary judgment on Vitamin Friends' DTSA claim. Dkt. 362 ("January 2, 2026 Order") at 27. The Court granted MeriCal, LLC's ("MeriCal") joinder in the VMG parties' motion for summary judgment. Id. The Court denied as moot the VMG parties' motion to dismiss Vitamin Friends' DTSA claim. Id. The Court otherwise granted the VMG parties' motion to dismiss, with prejudice. [2] Id.

On March 3, 2026, the Court granted a stipulation among Vitamin Friends, the individual Goli defendants (i.e., Deepak Agarwal, Michael Bitensky, and Randy Bitensky), and Tyre, and granted the individual Goli defendants and Tyre summary judgment on Vitamin Friends' DTSA claim for the same reasons the Court made in its January 2, 2026 Order. Dkt. 405 ("March 3, 2026 Order") at 3. Pursuant to the stipulation, the Court also entered judgment in this action in favor of Deepak Agarwal, Michael Bitensky, and Randy Bitensky, and Roger Tyre. Id. at 3.

On March 6, 2026, the VMG parties, the individual Goli defendants, Tyre, and MeriCal (collectively, the "Judgment Defendants") filed the instant motion for entry of judgment in their favor, pursuant to Rule 54(b), on all claims asserted against them. Dkt. 407. In response, plaintiffs state that they "leave it to the Court's sound discretion to rule upon th[e] motion." Dkt. 442 at 2.

On March 6, 2026, the VMG parties filed the instant motion for attorney's fees under the DTSA, 18 U.S.C. § 1836(b)(3)(D) and a renewed motion for relief under Rule 11 and 28 U.S.C. § 1927. Dkt. 410 ("Mot. by VMG"). On March 30, 2026, plaintiffs

---

[2] The following claims in plaintiffs' operative TAC remain: Fifth claim for legal malpractice brought by plaintiffs against DLA piper; sixth claim for breach of fiduciary duty brought by plaintiffs against DLA piper; and eighth claim for conversion by Vitamin Friends against Goli (i.e., Goli Nutrition, Inc. (Canada) and Goli Nutrition, Inc. (Delaware)). The following defendants remain in the case: DLA Piper and Goli.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**          **'O'**

| Case No. | 2:23-cv-06597-CAS(MAAx) | Date | April 13, 2026 |
|---|---|---|---|
| Title | Sharon Hoffman et al. v. Goli Nutrition, Inc. et al. | | |

filed an opposition. Dkt. 442 ("Opp. to VMG Mot."). On April 6, 2026, the VMG parties filed a reply. Dkt. 449 ("Reply by VMG").

On March 6, 2026, MeriCal filed the instant motion for attorney's fees under the DTSA, 18 U.S.C. § 1836(b)(3)(D). Dkt. 413 ("Mot. by MeriCal"). On March 30, 2026, plaintiffs filed an opposition. Dkt. 441 ("Opp. to MeriCal Mot."). On April 6, 2026, MeriCal filed a reply. Dkt. 448 ("Reply by MeriCal").

On March 30, 2026, plaintiffs appealed the Court's March 3, 2026 Order to the Ninth Circuit. Dkt. 443. On March 30, 2026, the Ninth Circuit set a briefing schedule for plaintiffs' appeal under which plaintiffs' opening briefs would be due on June 22, 2026, and respondents' answering briefs would be due on July 22, 2026. Dkt. 444.

On April 13, 2026, the Court held a hearing. Having carefully considered the parties' arguments and submissions, the Court finds and concludes as follows.

Given the pending appeal, the Court finds that it is premature to award attorney's fees in this case. However, the Court finds it appropriate to enter judgment, pursuant to Federal Rule of Civil Procedure 54(b), in favor of the Judgment Defendants, namely: VMG Partners IV, L.P., VMG Partners Mentors Circle IV, L.P., VMG Partners II, LLC, Wayne Wu, Jonathan Marshall, Deepak Agarwal, Michael Bitensky, Randy Bitensky, Roger Tyre, and MeriCal, LLC.

In accordance with the foregoing, the Court **GRANTS** the motion by VMG Partners IV, L.P., VMG Partners Mentors Circle IV, L.P., VMG Partners II, LLC, Wayne Wu, Jonathan Marshall, Deepak Agarwal, Michael Bitensky, Randy Bitensky, Roger Tyre, and MeriCal, LLC, for entry of judgment in their favor, pursuant to Rule 54(b), on all claims asserted against them.[3]

///

///

---

[3] At this juncture, the Court does not determine whether the judgment entered on March 3, 2026, in favor of Deepak Agarwal, Michael Bitensky, Randy Bitensky, and Roger Tyre, pursuant to stipulation, was at that time entered pursuant to Rule 54(b) because the stipulation is silent on this issue. Dkt. 405 at 3.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**          'O'

| Case No. | 2:23-cv-06597-CAS(MAAx) | Date | April 13, 2026 |
|---|---|---|---|
| Title | Sharon Hoffman et al. v. Goli Nutrition, Inc. et al. | | |

The Court **DEFERS CONSIDERATION** of the VMG parties' and MeriCal's motions for attorneys' fees and sanctions until the conclusion of this case.

The Court **VACATES** the hearing scheduled for April 20, 2026.

IT IS SO ORDERED.

|  | 00 | : | 19 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |