# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODELYA HOFFMAN, RGL MANAGEMENT LLC, RGL HOLDINGS LLC, and VITAMIN FRIENDS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GOLI NUTRITION, INC. (a Canadian Corporation) GOLI NUTRITION INC. (a Delaware Corporation), 12416913 CANADA INC., DEEPAK AGARWAL, MICHAEL BITENSKY, RANDY BITENSKY, VMG PARTNERS, VMG PARTNERS IV, LP, VMG PARTNERS MENTORS CIRCLE IV L.P., WAYNE WU, JONATHAN MARSHALL, MERICAL INC., AND ROGER TYRE, AND DLA PIPER LLP (US).<br><br>Defendants. | Case No. 2:23-cv-06597-CAS-MAAx<br><br>**ORDER GRANTING ENTRY OF FINAL JUDGMENT PURSUANT TO RULE 54(b) [407]** |

1

The Court, having reviewed the Judgment Defendants' Motion for Entry of Final Judgment Pursuant to Rule 54(b) and the accompanying record, and good cause appearing, hereby **ORDERS** as follows:

1.      On January 2, 2026, this Court issued an Order (Dkt. 362) **GRANTING** summary judgment *in favor of* Defendants VMG Partners IV, L.P., VMG Partners Mentors Circle IV, L.P., VMG Partners II, LLC (collectively, "VMG"), Wayne Wu, Jonathan Marshall, and MeriCal, LLC, and *against Plaintiffs*, on Plaintiffs' first claim for relief under the Defend Trade Secrets Act, and **DISMISSING** with prejudice Plaintiffs' second (fraudulent misrepresentation), third (breach of fiduciary duty), fourth (RICO), and seventh (intentional infliction of emotional distress) claims for relief against VMG.

2.      On March 3, 2026, this Court entered an Order (Dkt. 405) adopting the Stipulation for Entry of Summary Judgment filed by Plaintiffs, Defendants Deepak Agarwal, Michael Bitensky, and Randy Bitensky (collectively, the "Goli Individuals"), and Defendant Roger Tyre (Dkt. 403), and **GRANTING** summary judgment *in favor of* the Goli Individuals and Roger Tyre, and *against Plaintiffs*, on Plaintiffs' first claim for relief under the Defend Trade Secrets Act, for the same reasons set forth in the Court's January 2, 2026 Order.

3.      Following entry of the Court's January 2, 2026 and March 3, 2026 Orders, no claim remains pending against VMG, MeriCal, the Goli Individuals, or Roger Tyre.

4.      Pursuant to Federal Rule of Civil Procedure 54(b), the Court expressly determines that there is no just reason for delay in the entry of final judgment *in favor of* VMG, MeriCal, the Goli Individuals, and Roger Tyre, and *against Plaintiffs*.

5.      Final judgment is hereby entered *in favor of* Defendants VMG Partners IV, L.P., VMG Partners Mentors Circle IV, L.P., VMG Partners II, LLC, Wayne Wu, Jonathan Marshall, MeriCal, LLC, Deepak Agarwal, Michael Bitensky, Randy Bitensky, and Roger Tyre, and *against Plaintiffs* Odelya Hoffman, RGL

Management LLC, RGL Holdings LLC, and Vitamin Friends LLC, on all claims asserted against VMG, MeriCal, the Goli Individuals, and Roger Tyre in this action. To the extent any claims were asserted against an entity identified as "VMG Partners," those claims are also fully and finally resolved *against Plaintiffs*.

6.      For the avoidance of doubt, this Order and entry of final judgment does not preclude any party from seeking an award of attorneys' fees, costs, or sanctions, and all such rights are expressly preserved.

**IT IS SO ORDERED.**

Dated: April 13, 2026

HONORABLE CHRISTINA A. SNYDER
UNITED STATE DISTRICT JUDGE

3