**CLOSED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SHARON AND ODELYA HOFFMAN, RGL MANAGEMENT LLC, RGL HOLDINGS LLC AND VITAMIN FRIENDS LLC, each of the foregoing entities is a Limited Liability Company,

Plaintiffs,

v.

GOLI NUTRITION, INC., (A CANADIAN CORPORATION); GOLI NUTRITION INC., (A DELAWARE CORPORATION); 12416913 CANADA INC.; DEEPAK AGARWAL; MICHAEL BITENSKY; VMG PARTNERS, LLC; VMG PARTNERS IV, LP; VMG PARTNERS MENTORS CIRCLE IV L.P.; MERICAL INC.; AND DLA PIPER LLP (US),

Defendants.

CASE NO. 2:23-cv-06597-CAS-MAAx

**FINAL JUDGMENT FOR CLAIMS AGAINST DLA PIPER LLP (US)**

Judge: Christina A. Snyder

**<u>JUDGMENT</u>**

On June 8, 2026, Defendant DLA Piper LLP (US) (hereinafter, "DLA") filed its Motion for Summary Judgment. On August 7, 2026, the Court, having considered DLA's Motion and other relevant materials and arguments submitted by the parties, entered its order granting DLA's Motion and dismissing DLA from this action, with prejudice.

Having considered the foregoing, **IT IS ORDERED**, **ADJUDGED**, and **DECREED** that:

(1) Pursuant to Federal Rule of Civil Procedure 54(b), there is no just reason for delay in entry of final judgment in favor of DLA as to the claims against it.

(2) Judgment is entered in favor of DLA on Plaintiff Sharon Hoffman's malpractice claim against DLA (Fifth Claim for Relief).

(3) Judgment is entered in favor of DLA on Plaintiff Sharon Hoffman's breach of fiduciary duty claim against DLA (Sixth Claim for Relief).

(4) **IT IS ORDERED AND ADJUDGED** that Plaintiff Sharon Hoffman take nothing and that all claims against DLA be dismissed on the merits with prejudice.

(5) **IT IS SO ORDERED.**

Dated: August 14, 2026

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT JUDGE

Gibson, Dunn & Crutcher LLP